**Opinion issued June 18, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

### NO. 01-19-00406-CR

————————————

### IN RE WILLIAM SOLOMON LEWIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, William Solomon Lewis, has filed a petition for a writ of mandamus, contending that the trial court has failed to consider or rule on his application for a writ of habeas corpus seeking a reduction in the amount of his bail.[1]

We deny the petition.

---

[1] The underlying case is *William Solomon Lewis v. The State of Texas*, cause number 2256940, in the County Criminal Court at Law No. 14 of Harris County, Texas, the Honorable David L. Singer presiding.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.

Do not publish.   TEX. R. APP. P. 47.2(b).